IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                   No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2005, plaintiff filed a letter indicating that attorney Emily Maloney has agreed to represent plaintiff; however, a proper substitution of attorney has not been submitted by Ms. Maloney.[1] See E.D. Local Rule 83-182(g). Therefore, this action shall proceed with plaintiff in pro per, until a proper substitution of attorney has been filed.

        On September 12, 2005, plaintiff filed a second amended complaint. The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28

/////

---

[1] On August 15, 2005, a California judicial council form for substitution of attorney in a civil case was filed. Because this form does not comply with Local Rule 83-182(g), it will be disregarded.

1

1  U.S.C. § 1915A(b).  If the allegations of the second amended complaint are proven, plaintiff has
2  a reasonable opportunity to prevail on the merits of this action.
3         In accordance with the above, IT IS HEREBY ORDERED that:
4         1.  Service is appropriate for the following defendants: Mike Knowles, Chief
5  Deputy Warden S. Stiles, Capt. S. Vance, Counselor P. Kennedy, M. Brockett, and Jill Chapitan.
6         2.  The Clerk of the Court shall send plaintiff six USM-285 forms, one summons,
7  an instruction sheet and a copy of the second amended complaint filed September 12, 2005.
8         3.  Within thirty days from the date of this order, plaintiff shall complete the
9  attached Notice of Submission of Documents and submit the following documents to the court:
10            a. The completed Notice of Submission of Documents;
11            b. One completed summons;
12            c. One completed USM-285 form for each defendant listed in number 1
13               above; and
14            d. Seven copies of the endorsed second amended complaint filed
15               September 12, 2005.
16         4.  Plaintiff need not attempt service on defendants and need not request waiver of
17  service.  Upon receipt of the above-described documents, the court will direct the United States
18  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
19  without payment of costs.
20         5.  The August 15, 2005 substitution of attorney shall be placed in the file and
21  disregarded.  Any renewed substitution of attorney must comply with Local Rule 83-182(g).
22         6.  Plaintiff's failure to comply with this order will result in a recommendation
23  that this action be dismissed.
24  DATED: September 27, 2006.

26  DAD:4
    mana1712.1

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

     Plaintiff,                              No. CIV S-04-1712 FCD DAD P

     vs.

M. KNOWLES, et al.,                    <u>NOTICE OF SUBMISSION</u>

     Defendants.                     <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         \_\_\_\_      completed summons form

         \_\_\_\_      completed USM-285 forms

         \_\_\_\_      copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                                  Plaintiff