BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205
 Email: Barbara.Morris@doj.ca.gov

Attorneys for Defendants Kennedy, Stiles and Vance

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEWART MANAGO,<br><br>                    Plaintiff,<br><br>    v.<br><br>M. KNOWLES, et al.,<br><br>                    Defendants. | 2:04-cv-01712-FCD-DAD P<br><br>**ORDER GRANTING DEFENDANTS KENNEDY, STILES, AND VANCE'S REQUEST FOR EXTENSION OF TIME** |

**GOOD CAUSE APPEARING**, the Court grants Defendants Kennedy, Stiles, and Vance's request for a three-week extension of time to and including Friday, January 19, 2007, in which to file a responsive pleading.

**IT IS SO ORDERED**.

DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mana1712.eot

*Order Granting Defendants Kennedy, Stiles, and Vance's Request for Extension of Time*

1