IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                          No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

      Defendants.             ORDER

_____/

       Plaintiff is a state prisoner who is proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On February 26, 2007, plaintiff filed a motion requesting that the court direct the U.S. Marshal to personally serve defendant Brockett. The motion will be denied as unnecessary since defendant Brockett filed her answer on February 27, 2007.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 26, 2007 motion requesting service by the U.S. Marshal is denied as unnecessary.

DATED: March 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mana1712.ord