IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                    No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 23, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant J. Chapman was returned unserved because she has retired, relocated out of state, and the California Department of Corrections and Rehabilitation has no forwarding address. Plaintiff must provide additional information to facilitate service of this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means available to plaintiff.

        On March 14, 2007, plaintiff filed a request that the court order the U.S. Marshal to personally serve defendant Chapman because he believes that the Department of Corrections

1

1  and Rehabilitation (CDCR) must have defendant Chapman's forwarding address.  The court has
2  already ordered the U.S. Marshal to command all necessary assistance from the CDCR;
3  therefore, plaintiff's request will be denied.
4        Accordingly, IT IS HEREBY ORDERED that:
5      1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
6  along with an instruction sheet and a copy of the second amended complaint filed September 12,
7  2005;
8      2. Within sixty days from the date of this order, plaintiff shall complete and
9  submit the attached Notice of Submission of Documents to the court, with the following
10 documents:
11       a. One completed USM-285 form for defendant Chapman;
12       b. Two copies of the endorsed second complaint filed September 12,
13       2005; and
14       c. One completed summons form (if not previously provided)
15 or show good cause why he cannot provide such information; and
16     3. Plaintiff's March 14, 2007 request that the court order the U.S. Marshal to
17 personally serve defendant Chapman is denied.
18 DATED: March 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
mana1712.8e

2

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                     No. CIV S-04-1712 FCD DAD P

   vs.

M. KNOWLES, et al.,               NOTICE OF SUBMISSION

      Defendants.                 OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 forms

      __2__     copies of the __September 12, 2005__
                                      Amended Complaint

DATED:

                                                      _____
                                                      Plaintiff