IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                       No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2007, the court ordered plaintiff to provide additional information to facilitate service on defendant J. Chapman. Plaintiff was granted sixty days to submit documents for service on the defendant. Plaintiff now requests that the court grant him an extension of 90-days from the date of the disposition of defendants' pending motion to dismiss in which to comply with the court's order. Plaintiff contends that he must conduct discovery to obtain the information for service and that a discovery order has not been issued. The plaintiff is mistaken. The discovery order in this case was filed on March 12, 2007. Therefore, plaintiff's request will be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2007 request for an extension of time is denied; and

2. On or before June 22, 2007, plaintiff shall submit the necessary documents for service on defendant Chapman pursuant to the court's March 22, 2007 order.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
mana1712.36