IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                    No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

    Defendants.                  <u>ORDER</u>

_____/

    On August 29, 2007, defendants filed a request for reconsideration of this court's order filed August 17, 2007, granting defendants' motion to dismiss, in part, on the ground that plaintiff had failed to exhaust administrative remedies as to his first and second claims for relief, and denying defendants' motion to dismiss as to plaintiff's third claim for relief.  The court found that plaintiff advanced a new argument in his objections that were not raised in defendants' motion to dismiss and thus, not addressed by the magistrate judge in his Findings and Recommendations.  Specifically, plaintiff argued that defendants were deliberately indifferent to his medical

1

1 needs. The court also noted that plaintiff's allegations
2 regarding his third claim for relief are vague and not well pled.
3    Pursuant to E.D. Cal. L.R. 78-230(k), a party seeking
4 reconsideration of the court's ruling on a motion must set forth
5 the material facts and circumstances surrounding each motion,
6 including "what new or different facts or circumstances are
7 claimed to exist which did not exist or were not shown upon prior
8 motion." E.D. Cal. L.R. 78-230(k)(3). Upon review of
9 defendants' objections, defendants have failed to set forth facts
10 demonstrating that they had moved to dismiss plaintiff's vaguely
11 pled claim relating to deliberate indifference to his medical
12 care.
13    Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
14 this court's order, filed August 17, 2007, is affirmed. The
15 magistrate judge is directed to allow plaintiff leave to file a
16 Third Amended Complaint to allege with greater specificity the
17 grounds for his third claim for relief. Defendants may then
18 reassert any applicable defenses, including failure to exhaust
19 administrative remedies.
20    IT IS SO ORDERED.
21  DATED: August 31, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE