IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                    No. CIV S-04-1712 FCD DAD P

    vs.

M. KNOWLES, et al.,

      Defendants.         <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On July 16, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 16, 2008, are adopted in full;

2. The motion to dismiss the third amended complaint for failure to exhaust administrative remedies filed October 31, 2007 on behalf of defendants Knowles, Stiles, Vance and Kennedy (Doc. No. 83) is granted; and

3. This action is dismissed without prejudice.

DATED: August 28, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE